UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Major League Baseball Players Association,

Plaintiff,

-v-

Steiner Sports Marketing, Inc.

Defendant.

Case No. 08 CIV 4570

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Major League Baseball Players Association (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Date: 5/16/08

Signature of Attorney

Attorney Bar Code: HFM 2446

Form Rule7_1.pdf   SDNY Web 10/2007