UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION,

                     Plaintiff(s),           CASE NO. 08 CIV 4570

   -against-

STEINER SPORTS MARKETING, INC.,

                    Defendant(s).           **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
STATE OF NEW YORK    )
                           s.s :
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 19th day of May, 2008, at approximately 12:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT and JUDGES' RULES together with ECF FILING INSTRUCTIONS** upon STEINER SPORTS MARKETING, INC. at 33 Lecount Place, New Rochelle, New York by personally delivering and leaving the same with Yanerys Rosario, Receptionist, who is authorized by appointment to accept service.

      Yanerys Rosario is a brown-skinned female, approximately 30 years of age, is approximately 5 feet and 5-8 inches tall, weighs approximately 110 pounds, with medium length black hair and dark eyes.

Sworn to before me this
20th day of May, 2008

                                              JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010