UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAJOR LEAGUE BASEBALL
PLAYERS ASSOCIATION,

                              Plaintiff(s),                    CASE NO. 08 CIV. 4570

        -against-

STEINER SPORTS MARKETING, INC.,

                              Defendant(s).              **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X

STATE OF NEW YORK        )
                                        : S.S.
COUNTY OF NEW YORK      )


        ANDREW HAYLES, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

        That on the 29th day of May, 2008, at approximately 1:45 p.m., deponent served a true
copy of the **SUMMONS IN A CIVIL ACTION; ECF FILING INSTRUCTIONS; JUDGES'
RULES and AMENDED COMPLAINT** upon STEINER SPORTS MARKETING, INC. at 33
LeCount Place, New Rochelle, New York by personally delivering and leaving the same with
Yanerys Rosario, who is authorized by appointment to accept service.

        Yanerys Rosario is a brown-skinned female, approximately 25-30 years of age, is
approximately 5 feet and 5 inches tall, weighs approximately 130 pounds, with medium brown
hair and brown eyes.



Sworn to before me this
30th day of May, 2008                                         _____
                                                                          ANDREW HAYLES

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010