UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION

                           Plaintiff,              Case No. 08 CIV 04570

    -against-                        **STIPULATION**

STEINER SPORTS MARKETING, INC.,

                           Defendant.
-----------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiff and Defendant that the time for the Defendant Steiner Sports Marketing, Inc. to appear, answer or otherwise move with the respect to the Summons and Complaint is hereby extended up to and including July 29, 2008; and

     **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and signatures by facsimile shall be good and sufficient so as to constitute original signatures.

Dated: New York, New York
       June 16, 2008

THE ROTH LAW FIRM, PLLC                      ENWISTLE & CAPPUCCI LLP

By: _____                   By: _____
    Richard A. Roth (RAR 5538)                    Harold F. McGuire, JR (    )
    Jordan M. Kam (JK 8938)                      280 Park Avenue
545 Fifth Avenue, Suite 960                      New York, New York 10017
New York, New York 10017                       (212) 894-7200
(212) 542-8882                                      *Attorney for Plaintiff*
*Attorneys for Defendant*

SO ORDERED:


_____
U.S.D.J.