MARRERO S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION

                        Plaintiff,              Case No. 08 CIV 04570 (v.m)

        -against-                               **STIPULATION**

STEINER SPORTS MARKETING, INC.,

                        Defendant.
-----------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the
Plaintiff and Defendant that the time for the Defendant Steiner Sports Marketing, Inc. to appear,
answer or otherwise move with the respect to the Summons and Complaint is hereby extended
up to and including July 29, 2008; and

        **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed
in counterparts and signatures by facsimile shall be good and sufficient so as to constitute
original signatures.

Dated:  New York, New York
        June 16, 2008

THE ROTH LAW FIRM, PLLC                         ENWISTLE & CAPPUCCI LLP

By:_____                    By:_____
    Richard A. Roth (RAR 5538)                      Harold F. McGuire, JR (    )
    Jordan M. Kam (JK 8938)                     280 Park Avenue
545 Fifth Avenue, Suite 960                     New York, New York 10017
New York, New York 10017                        (212) 894-7200
(212) 542-8882                                  *Attorney for Plaintiff*
*Attorneys for Defendant*

SO ORDERED:  7 July 2008

_____
U.S.D.J.    Victor Marrero

┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____          │
│ DATE FILED: 7-7-08           │
└─────────────────────────────┘