UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION,

                Plaintiff,                08 CIV 04570 (VM)

vs.

STEINER SPORTS MARKETING INC.,      **NOTICE OF MOTION**

                Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 6.1, Defendant Steiner Sports Marketing Inc., upon the annexed Affirmation of Richard A. Roth, dated July 29, 2008 and the accompanying memorandum of law in support, will move this Court a the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom 20B before the Hon. Judge Victor Marrero, on the 3rd day of September, 2008, at 10:00 am, or as soon thereafter as counsel may be head, for an order dismissing Count V of the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

DATED:    New York, New York
               July 29, 2008

                                                  THE ROTH LAW FIRM, PLLC

                                                  By: _____
                                                     Richard A. Roth (RAR 5538)
                                                     Jordan M. Kam (JK 8938)
                                      545 Fifth Avenue, Suite 960
                                      New York, New York 10017
                                      Tel: (212) 542-8882
                                      Fax: (212) 542-8883
                                      *Attorneys for Defendant*

To:   Harold F. McGuire, Jr.
      ENTWISTLE & CAPPUCCI LLP
      280 Park Avenue
      New York, NY 10017

      Russell S. Jones, Jr.
      SUGHART THOMSON & KILROY, P.C.
      Twelve Wyandotte Plaza, 120 W. 12th Street
      Kansas City, MO 64105

      *Attorneys for Plaintiff*