*MARRERO, J*

*FILE COPY*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
MAJOR LEAGUE BASEBALL PLAYERS :
ASSOCIATION, :
: Civil Action No.
Plaintiff, : 08 Civ. 04570 (VM)
:
-against- :
:
STEINER SPORTS MARKETING, INC. :
:
Defendants. :
---------------------------------------------------------- X

STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED by undersigned counsel to the parties herein that the briefing schedule on Defendant's motion to dismiss Count V of the Amended Complaint herein will be as follows:

1. Plaintiff's opposition papers shall be served no later than August 27, 2008; and

2. Defendant's reply papers shall be served no later than September 12, 2008; and

3. The return date of the motion shall be September 17, 2008.

Dated: August 13, 2008

HAROLD F. McGUIRE, JR.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
New York, NY 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
Email: hmcguire@entwistle-law.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08

RUSSELL S. JONES, JR. MO #30814
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza, 120 W. 12th Street
Kansas City MO 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
Email: rjones@stklaw.com

**ATTORNEYS FOR PLAINTIFF
MAJOR LEAGUE BASEBALL
PLAYERS ASSOCIATION**

THE ROTH LAW FIRM, PLLC

By: _Jordan M. Kam_ (signature)
   RICHARD A. ROTH (RAR 5538)
   JORDAN M. KAM (JK 8938)
545 Fifth Avenue, Suite 960
New York, New York 10017
Tel: (212) 542-8882
Facsimile: (212) 542-8883

**ATTORNEYS FOR DEFENDANT**

SO ORDERED: 24 August 2008

_(signature)_
Hon. Victor Marrero
United States District Judge