UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

MAJOR LEAGUE BASEBALL PLAYERS  X
ASSOCIATION,

      Plaintiff,

   -against-

STEINER SPORTS MARKETING, INC.

      Defendants.

                 X

08 Civ. 04570 (VM)

**MOTION FOR LEAVE TO AMEND**

---

PLEASE TAKE NOTICE that on the accompanying Affirmation of Harold F. McGuire, Jr., Plaintiff Major League Baseball Players Association moves (1) for leave pursuant to Fed. R. Civ. P 15 (a)(1)(B)(2) to file the Second Amended Complaint attached to the McGuire Affirmation as Exhibit A, and, (2) based thereon, to deny as moot the pending motion by defendant to dismiss Count V of the Amended Complaint herein.

Dated: August 27, 2008

                 _/s/_
                 HAROLD F. McGUIRE, JR.
                 ENTWISTLE & CAPPUCCI LLP
                 280 Park Avenue
                 New York, NY 10017
                 Telephone: (212) 894-7200
                 Facsimile: (212) 894-7272
                 Email: hmcguire@entwistle-law.com

RUSSELL S. JONES, JR. MO #30814
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza, 120 W. 12th Street
Kansas City MO 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
Email: rjones@stklaw.com

**ATTORNEYS FOR PLAINTIFF**
**MAJOR LEAGUE BASEBALL**
**PLAYERS ASSOCIATION**