UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAJOR LEAGUE BASEBALL
BASEBALL PLAYERS ASSOCIATION,

                        Plaintiff,

            - against -

STEINER SPORTS MARKETING, INC.,

                        Defendant.

**ORDER**

08 Civ. 4570 (VM) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/09

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **June 17, 2009, at 12:00 p.m.**

**SO ORDERED this 11th day of June 2009**
New York, New York

*Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge